

# Fourth Court of Appeals
## San Antonio, Texas

August 3, 2017

No. 04-17-00309-CV

**CITY OF SAN ANTONIO**,
Appellant

v.

Patrick **TORRES** and Johnnie Dears,
Appellees

From the County Court at Law No. 2, Bexar County, Texas
Trial Court No. 391356
Honorable Karen Crouch, Judge Presiding

## O R D E R

Appellees' motion for extension of time to file their brief is GRANTED. Appellees' brief is due on **August 9, 2017.**

_Karen Angelini_
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of August, 2017.

_Luz Estrada_
Luz Estrada
Chief Deputy Clerk